PER CURIAM.
Affirmed on the authority of Maloney v. State, Fla.App.1962, 146 So.2d 581; Ludwig v. State, Fla.App.1968, 215 So.2d 898; Wood v. State, Fla.App.1970, 230 So.2d 484; Starling v. State, Fla.App.1972, 263 So.2d 645; State v. Liptak, Fla.1973, 277 So.2d 19; Coolidge v. New Hampshire, 403 U.S. 443, 91 S.Ct. 2022, 29 L.Ed.2d 564; Patenotte v. United States, 5th Cir.1959, 266 F.2d 647; Young v. United States, 140 U.S.App.D.C. 333, 1970, 435 F.2d 405; United States v. Epperson, 4th Cir.1972, 454 F.2d 769.